■ In the Matter of JASON A. CHABOT, Appellant, v LISA A. CHABOT, Respondent. [732 NYS2d 923] —Order unanimously affirmed without costs for reasons stated in decision at Livingston County Family Court, Cicoria, J. (Appeal from Order of Livingston County Family Court, Cicoria, J.—Visitation.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.